No. 71–5129.  BRYANT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–5130.  LANDMAN v. UNITED STATES BOARD OF PAROLE.  C. A. 4th Cir.  Certiorari denied.

No. 71–5131.  BAKER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 71–5133.  McCONKEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–5134.  DUMENIGO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–5135.  RANKIN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–5142.  LEWIS v. LEGISLATIVE BODY OF THE 91ST CONGRESS OF THE UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 70–148.  DEBOSE v. THE LOPPERSUM ET AL.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 70–5158.  SOUTHERS v. OHIO.  Sup. Ct. Ohio. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–103.  GOODYEAR TIRE & RUBBER CO. v. H. K. PORTER CO., INC.  C. A. 6th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.